# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ZAKKERY A. HAMILTON,

    Plaintiff,

-vs-                          Case No. 6:08-cv-677-Orl-28DAB

EMBARQ MANAGEMENT COMPANY,

    Defendant.

___

# ORDER

This case is before the Court on the Joint Motion for Approval of Settlement Agreement (Doc. No. 45) filed December 7, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed December 14, 2009 (Doc. No. 46) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion for Approval of Settlement Agreement is **GRANTED**.

    3.    The settlement is accepted as a "fair and reasonable resolution of a bona fide dispute" over Fair Labor Standard Act issues.

    4.    This case is dismissed with prejudice.

    5.    The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 5 day of January, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party